**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
alexis@consumersadvocates.com
KAS L. GALLUCCI (SBN 288709)
kas@consumersadvocates.com
REX D. BROOKHART (SBN 360522)
rex@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

***Attorneys for Plaintiff and the Proposed Classes***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECCA SCHWARTZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEIERSDORF, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:24-CV-04394-AMO<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Araceli Martinez-Olguin |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rebecca Schwartz ("Plaintiff") and Defendant Beiersdorf, Inc. ("Defendant") (collectively "the Parties") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice. Each party is to bear her or its own attorneys' fees, expenses, and costs.

DATED: September 8, 2025

Respectfully submitted,

*/s/ Alexis M. Wood*
ALEXIS M. WOOD
*Counsel for Plaintiff*

DATED: September 8, 2025

Respectfully submitted,

*/s/ Elizabeth M. Chiarello*
ELIZABETH M. CHIARELLO
*Counsel for Defendant*